JOHN W. HUBER, United States Attorney (#7226)
SAM PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
111 South Main St., Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: samuel.pead@usdoj.gov

FILED
U.S. DISTRICT COURT

2018 SEP 26  ᴘ 1: 11

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. DUSTIN ROCHELEAU, Defendant. | INDICTMENT<br><br>VIOLATION:<br>Count 1: 18 U.S.C. § 922(g)(1), FELON IN POSSESSION OF A FIREARM AND AMMUNITION<br><br>Case: 2:18-cr-00436<br>Assigned To : Waddoups, Clark<br>Assign. Date : 09/26/2018<br>Description: USA v. |
|---|---|

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearms or Ammunition)

On or about July 29, 2018, in the Central Division of the District of Utah,

DUSTIN ROCHELEAU,

defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess, in and affecting interstate commerce, a firearm (.25 caliber semi-automatic pistol) and ammunition (.25 caliber), in violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of a knowing violation of 18 U.S.C. 922(g)(1) or 18 U.S.C. § 922(j), as set forth in Count 1 of this indictment, the defendant shall forfeit any firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, the following property: a .25 caliber semi-automatic pistol and .25 caliber ammunition.

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney


_____
SAM PEAD
Assistant United States Attorney

2